**360**

James SHIRRELL, deceased, By Betty Shirrell FLOYD, dependent, Claimant/Appellant.

v.

WILLIAM R. MONTGOMERY & ASSOC., Employer/Respondent.

No. 73325.

Missouri Court of Appeals, Eastern District, Division Two.

June 16, 1998.

MacArthur Moten, St. Louis, for claimant/appellant.

Michael A. Shaughnessy, Jr., Riethmann, Valentine and Rouse, St. Louis, for employer/respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

Michael ATKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. 73648.

Missouri Court of Appeals, Eastern District, Division One.

June 16, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Movant appeals from the judgment dismissing his Rule 24.035 motion for post-conviction relief as untimely. He acknowledges that his motion was filed out of time because he did not file it within 90 days after he was delivered to the Missouri Department of Corrections. Rule 24.035(b). However, he challenges the constitutionality of the Rule 24.035 time requirements.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k); *State v. Blankenship*, 830 S.W.2d 1, 16 (Mo. banc 1992). The Missouri Supreme Court has held that the time limits in Rule 24.035 are constitutional and mandatory. *Day v. State*, 770 S.W.2d 692, 695 (Mo. banc 1989), *cert. denied sub nom. Walker v. Missouri*, 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989).

An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).